Rel: April 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0523

Greg Barnett and Renee Barnett v. Jeff Cole and Below Chiropractic Center, Inc. (Appeal from Cullman Circuit Court: CV-18-900088).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(B), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and Cook, JJ., concur.